

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-430-CV

IN RE GERALD ANTHONY WRIGHT                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Relator was unable to furnish us with a file-marked copy of his motion for DNA testing, and the trial court has confirmed by telephone that it has not received Relator's motion for DNA testing.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED:  December 16, 2008

---

[1]  *See* Tex. R. App. P. 47.4.